| 1. Person Reporting (last name, first, middle initial)

O'CONNOR, SANDRA D. | 2. Court or Organization

SUPREME COURT OF UNITED STATES | 3. Date of Report

05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Associate Justice (Ret.) | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial ☑ Annual ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2008
to
12/31/2008 |
| 7. Chambers or Office Address

1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The National Constitution Center |
| 2. Member | The Rockefeller Foundation, Board of Trustees |
| 3. Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. Member Advisory Commission | ABA Standing Committee on the Law Library of Congress |
| 6. Board Member | ABA Museum of Law |
| 7. Board Member | Foundation for the Future |
| 8. Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 9. Member | Center for Strategic & International Studies (CSIS), Commission on Smart Power |
| 10 Chancellor | College of William and Mary |
| 11 Member, Advisory Board | The Henry Clay Center for Statemanship |
| 12 Special Advisor | ABA Rule of Law Initiative |
| 13 Member, Advisory Committee | Bridges of Understanding |
| 14 Honorary Chairperson | MacArthur Foundation, Neuroscience and Law Program |
| 15 Honorary Chair | Colonial Williamsburg Foundation, National Advisory Committee |
| 16 Honorary Board Chair | People of America Foundation |

RECEIVED 2009 MAY 12 A 9: 42 FINANCIAL DISCLOSURE OFFICE

O'Connor_Sandra_D

| 17 Board Member | Randall Lineback Breed Association |
| 18 Honorary Board Member | Smithsonian Associates Advisory Council |
| 19 Member | Americans for Generational Equity, Board of Trustees |
| 20 Board Member | William H. Rehnquist Center |
| 21 Member | Council for Excellence in Government, Board of Trustees |
| 22 Member | American Society of International Law - ICC Task Force |
| 23 Chair Emeritus of the Judicial Advisory Board & Counselor on Exec. Council | American Society of International Law |
| 24 Advisor | Aspen Institute's Justice and Society Program |
| 25 Commissioner | National Parks Second Century Commission |
| 26 Member | Alzheimer's Study Group |
| 27 Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 28 Advisory Board Member | Citizenship Counts |
| 29 Special Advisor | Sandra Day O'Connor Project on the State of the Judiciary |
| 30 Special Advisor | Our Court's Project |
| 31 Special Advisor | O'Connor House Project |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/08/08 | Random House - royalty | $697.33 |
| 2. 06/16/08 | Washington Post - payment for opinion article | $150.00 |
| 3. 07/30/08 | Random House - royalty | $1,021.46 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attached Schedule IV | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bryan Cave (Pension Plan) | E | Distribution | M | T | | | | | See Footnote 1 |
| 2. Fennemore Craig (Pension Plan) | F | Distribution | O | T | | | | | See Footnote 2 |
| 3. AZ Elected Officials Retirement | C | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 5. Checking Accounts - Chevy Chase Bank, Washington, D. C. | A | Interest | N | T | | | | | |
| 6. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 7. Charles Schwab Cash & Money Market Fund | A | Dividend | K | T | | | | | |
| 8. U. S. Treasury Note | C | Interest | | | Redeemed | 05/09 | M | | |
| 9. Tucson Arizona Water System Bonds | D | Interest | M | T | | | | | |
| 10. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |
| 11. AES Corp. | | None | K | T | | | | | |
| 12. American Intl Group, Inc. | A | Dividend | J | T | Buy (add'l) | 5/16 | K | | |
| 13. Amgen, Inc. | | None | L | T | Buy (add'l) | 5/21 | K | | |
| 14. Baker Hughes Inc. | A | Dividend | J | T | | | | | |
| 15. Baxter International | C | Dividend | M | T | Sold (part) | 10/31 | K | | |
| 16. Bristol Myers Squibb | B | Dividend | | | Sold | 5/19 | K | | |
| 17. Capital One Financial Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cardinal Health | A | Dividend | K | T | | | | | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. Citrix Systems Inc. | | None | J | T | | | | | |
| 21. Comcast Corp. | A | Dividend | K | T | | | | | |
| 22. Computer Sciences Corp. | | None | J | T | | | | | |
| 23. Compuware | | None | K | T | | | | | |
| 24. Discover Financial Services | A | Dividend | J | T | | | | | |
| 25. Dupont (E.I.) | C | Dividend | K | T | | | | | |
| 26. Ebay Inc. | | None | J | T | | | | | |
| 27. Edwards Life Sciences Corp. | | None | | | Sold | 12/12 | J | | |
| 28. Electronic Data Sys Corp. | A | Dividend | | | Sold | 5/23 | K | | |
| 29. Entegris | | None | | | Sold | 10/31 | J | | |
| 30. Ericsson Tel ADR | | None | J | T | Buy | 12/17 | J | | |
| 31. Exxon Mobil | B | Dividend | L | T | | | | | |
| 32. Fannie Mae | A | Dividend | | | Buy | 5/14 | K | | |
| 33. | | | | | Buy (add'l) | 7/17 | J | | |
| 34. | | | | | Sold | 9/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. FedEx Corp | A | Dividend | K | T | | | | | |
| 36. GAP, Inc. | B | Dividend | | | Sold | 4/17 | K | | |
| 37. General Electric | B | Dividend | K | T | Part Sale | 2/07 | K | | |
| 38. General Motors Corp. | A | Dividend | | | Buy | 4/22 | K | | |
| 39. | | | | | Sold | 10/08 | J | | |
| 40. Hanesbrands | | None | J | T | | | | | |
| 41. Hewelett-Packard Co. | A | Dividend | L | T | | | | | |
| 42. Hitachi Ltd Adr New | A | Dividend | J | T | | | | | |
| 43. Home Depot Inc. | B | Dividend | K | T | Buy | 1/08 | K | | |
| 44. Legg Mason Inc. | A | Dividend | J | T | | | | | |
| 45. Liberty Media Holding | | None | J | T | Buy | 11/05 | J | | |
| 46. Matsushita Elec Ind. Adr | A | Dividend | | | Merged<br>(with line 46) | 12/05 | J | | See Footnote 5 |
| 47. Millipore | | None | K | T | | | | | |
| 48. Molex Inc. LTD | | None | J | T | Buy | 12/17 | J | | |
| 49. Morgan Stanley & Co. | B | Dividend | | | Sold | 09/08 | K | | |
| 50. Motorola, Inc. | A | Dividend | K | T | | | | | |
| 51. MVC Capital | | None | | | Sold | 01/03 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Nestle SA | B | Dividend | L | T | | | | | |
| 53. Novartis AG-ADR | A | Dividend | K | T | | | | | |
| 54. Occidental Pete Corp. | A | Dividend | K | T | | | | | |
| 55. Omnicom Group | B | Dividend | L | T | | | | | |
| 56. Panasonic Corp. ADR | | None | K | T | Transferred (from line 46) | 12/05 | K | | See Footnote 3 |
| 57. Sanofi-Aventis-ADR | B | Dividend | K | T | | | | | |
| 58. Sara Lee Corp. | C | Dividend | L | T | | | | | |
| 59. Saul Centers Inc. | B | Dividend | K | T | | | | | |
| 60. Schlumberger Ltd. | A | Dividend | K | T | Buy (add'l) | 11/06 | J | | |
| 61. Sigma Aldrich Corp. | B | Dividend | L | T | | | | | |
| 62. Sonoco Products Co. | B | Dividend | K | T | | | | | |
| 63. Sony Corp. Adr | A | Dividend | K | T | | | | | |
| 64. Sprint Nextel Corp. | | None | J | T | Buy (add'l) | 12/17 | J | | |
| 65. St. Paul Travelers Cos | A | Dividend | K | T | Sold (part) | 7/11 | K | | |
| 66. Sun Microsystems Inc. | | None | J | T | | | | | |
| 67. Time Warner, Inc. | A | Dividend | K | T | Buy | 11/05 | K | | |
| 68. Tyco Electronics Ltd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Union Pacific Corp. | A | Dividend | K | T | | | | | |
| 70. Wachovia Corp | B | Dividend | J | T | Buy | 2/13 | K | | |
| 71. | | | | | Buy (add'l) | 4/17 | J | | |
| 72. | | | | | Buy (add'l) | 6/18 | K | | |
| 73. Wells Fargo & Co | A | Dividend | K | T | Buy | 5/21 | K | | |
| 74. | | | | | Buy (add'l) | 7/16 | J | | |
| 75. West Pharmaceutical Services | B | Dividend | L | T | | | | | |
| 76. Zimmer Holdings | | None | J | T | | | | | |
| 77. Dodge & Cox Balanced Fund - Acct. 1 | D | Distribution | M | T | | | | | |
| 78. | B | Dividend | | T | | | | | |
| 79. Dodge & Cox Balanced Fund - Acct. 2 | E | Distribution | N | T | | | | | |
| 80. | D | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D. | - | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## IV. Reimbursements of
## Transportation, Lodging, Food, Entertainment

| 1. | American Association of Law Schools | January 3. New York, New York<br>Luncheon speaker<br>(Transportation, lodging, and meals for self) |
|---|---|---|
| 2. | University of Oklahoma<br>Tenth Circuit Court of Appeals | January 23-25. Oklahoma City and Norman, Oklahoma<br>Attended and participated activities in honor of Investiture<br>Sitting with the Tenth Circuit Court of Appeals Panel<br>(Transportation, lodging, and meals for self) |
| 3. | University of Arizona, | February 4 - 5. Tucson, Arizona<br>Teach at the University of Arizona<br>(Lodging and meals for self) |
| 4. | College of William and Mary | February 7-9. Williamsburg, Virginia<br>Participate in Charter Day activities as Chancellor<br>(Transportation, lodging and meals for self) |
| 5. | Jonathan Club | February 26 - 27. Los Angeles, California<br>Address the members of Club<br>Received the 2008 Reagan Award<br>(Transportation, lodging and meals for self) |
| 6. | Georgia State University College of Law | March 9 - 11. Atlanta, Georgia<br>Attend reception at the College<br>Meet with students and faculty<br>2008 Distinguished Henry J. Miller Lecture<br>(Transportation and meals for self) |
| 7. | Fourth Circuit Court of Appeals | March 17 - 19. Richmond, Virginia<br>Sit with the Fourth Circuit Court of Appeals Panel<br>(Reimbursement of gas expenses, lodging and meals for self) |
| 8. | Virginia Military Institute | March 25 - 26. Lexington, Virginia<br>Address the VMI cadets, faculty, staff and guests<br>Receive the Byrd Award<br>Visit with honors courses cadets<br>(Transportation, lodging and meals for self) |
| 9. | National School Boards Association | March 28 - 29. Orlando, Florida<br>Luncheon remarks at the 68th Annual Conference<br>(Transportation, lodging and meals for self) |
| 10. | Foundation for the Future | April 1 - 3. Geneva, Switzerland<br>Participate in Board Meetings<br>(Transportation, lodging and meals for self) |

| | | |
|---|---|---|
| 11. | Aspen Institute | April 7. New York, New York<br>Remarks at an evening program at Hunter College<br>(Transportation, lodging and meals for self) |
| 12. | University of Pennsylvania Trustees' Counsel | April 10. Philadelphia, Pennsylvania<br>Remarks at an evening program<br>Receive the 2008 Beacon Award<br>(Transportation, lodging and meals for self) |
| 13. | University of Colorado Center for the American West | April 16 - 17. Boulder, Colorado<br>Visit with law students<br>Remarks at the public lecture series<br>Receive the 2008 Wallace Stegner Award<br>(Transportation, lodging and meals for self) |
| 14. | Stanford University | April 20 - 22. Stanford, California<br>The inaugural Rathbun Visiting Fellow<br>Programs with undergraduate, graduate students, faculty and staff<br>(Transportation, lodging and meals for self) |
| 15. | League of Women Voters Minnesotans for Impartial Courts | May 2. Minneapolis, Minnesota<br>Remarks at a public event<br>(Transportation for self) |
| 16. | First Circuit Court of Appeals | May 5-6. Boston, Massachusetts<br>Sit with the Fourth Circuit Court of Appeals Panel<br>(Transportation, lodging and meals for self) |
| 17. | Milwaukee Bar Association and the Wisconsin Bar Foundation | May 6. Milwaukee, Wisconsin<br>Remarks at a luncheon and remarks at the Marquette University Law School<br>(Transportation, lodging and meals for self) |
| 18. | College of William and Mary | May 10 - Williamsburg, Virginia<br>Participate in Commencement activities<br>(Transportation, lodging and meals for self) |
| 19. | Gettysburg College | May 18 - Gettysburg, Pennsylvania<br>Participate in Commencement activities<br>(Transportation, lodging and meals for self) |
| 20. | Foundation for the Future | May 30-June 2 - Amman, Jordan<br>Meeting with women lawyers' group arranged by U. S. Embassy<br>Participate in Board Meetings for Foundation for the Future<br>(Transportation, lodging and meals for self) |
| 21. | New York University | June 6-9 - Beijing, China<br>Participate in New York University Leadership Conference<br>Participate in Panel Discussions<br>(Transportation. lodging and meals for self) |

| 22. | Rockefeller Foundation Board | June 11-12. New York, New York<br>Participate in Board meetings<br>(Transportation, meals, lodging for self) |
|---|---|---|
| 23. | Aspen Ideals Festival | June 30- July 2. Aspen, Colorado<br>Participate in group discussions and panel programs<br>(Transportation, lodging and meals for self) |
| 24. | Canterbury University Law School/U. S. Department of State<br>funded through the Eric Hotung Research Fellowship Trust | July 11- 25, 2008. Chirstchurch and Wellington, New Zealand<br>Remarks at three lectures at the University of Canterbury<br>Visits with faculty and students<br>Courtesy visits to Supreme Court of New Zealand<br>Remarks at Victory University at the request of the U. S. Embassy<br>in Wellington for faculty, students and community<br>(Transportation, lodging and meals for self) |
| 25. | World Affairs Council of Oregon | September 17, 2008 - Portland, Oregon<br>Public lecture<br>(Transportation) |
| 26. | New England School of Law Convocation | September 23, 2008 - Boston, Massachusetts<br>Participate and give remarks at the Convocation Ceremony;<br>additional visit with faculty and students<br>(Transportation, lodging and meals for self) |
| 27. | Carmel Authors Conference | September 26, 2008 - Carmel, California<br>Participate in Carmel Authors Conference; visits with high school<br>groups and remarks to an adult community group<br>(Ground transportation, lodging and meals for self) |
| 28. | University of Arkansas Law Center | October 3, 2008 - Fayetteville, Arkansas<br>Meet with faculty, and remarks at dedication ceremony of Law<br>Center<br>(Transportation and meal for self) |
| 29. | Texas Governor's Commission for Women | October 7, 2008 - Denton, Texas<br>Participate in formal induction ceremony of 2008 Texas Women's<br>Hall of Fame<br>(Transportation and meal for self) |
| 30. | Berkeley Divinity School | October 15-16, 2008 - New Haven, Connecticut<br>Attend the Cheney Lecture; participate in convocation ceremony,<br>visit with students, faculty and trustees<br>(Transportation, lodging and meals for self) |
| 31. | Harvard Law School | October 17-18, 2008 - Cambridge, Massachusetts<br>Participate in O'Connor Project Conference, panel discussions<br>(Transportation, lodging and meals for self) |
| 32. | The Electoral Court of the Federal Judiciary | October 20-21, 2008 - Mexico City, Mexico<br>Participate in judicial conference, panel discussion and deliver<br>remarks<br>(Transportation, lodging and meals for self) |

| | | |
|---|---|---|
| 33. | Tennessee Economic Council on Women and Tennessee Supreme Court Historical Society | October 26-27, 2008 - Nashville, Tennessee<br>Deliver luncheon and dinner remarks<br>(Transportation and meals for self) |
| 34. | Rockefeller Foundation Board | November 4-7 - New York, New York<br>Participate in Board meetings<br>(Transportation, meals, lodging for self) |
| 35. | American Academy of Arts & Sciences | November 6 - New York, New York<br>Participate in a induction ceremony with the release of a special issue of *Daedalus;* participate in panel discussion<br>(Lodging for self) |
| 36. | Western Cooperative for Educational Telecommunications | November 8 - Phoenix, Arizona<br>Remarks concerning civic education project<br>(Transportation for self) |
| 37. | Oklahoma Hall of Fame | November 11-12 - Oklahoma City, Oklahoma<br>Participate in Chief Judge Robert Henry's induction into the Oklahoma Hall of Fame<br>(Meal at the event for self) |
| 38. | Maricopa Community College District | November 14 - Phoenix, Arizona<br>Participate in and give remarks at a Leadership and Life Lessons program<br>(Transportation for self) |
| 39. | Appellate Judges Educational Institute | November 15 - Phoenix, Arizona<br>Dinner remarks<br>(Meal and transportation for self) |
| 40. | Phoenix Youth at Risk Annual Friend Raising Breakfast | November 17 - Phoenix, Arizona<br>Breakfast remarks<br>(Meal and transportation for self) |
| 41. | Council of Chief Judges Conference | November 19 - Tucson, Arizona<br>Opening remarks at conference<br>(Transportation for self) |
| 42. | Third Circuit Court of Appeals | November 20 & 21 Philadelphia, Pennsylvania<br>Sit with the Third Circuit Court of Appeals Panel<br>(Transportation, lodging and meals for self) |
| 43. | Annenberg School | November 21 - Philadelphia, Pennsylvania<br>Dinner remarks<br>(Transportation, lodging and meal for self) |
| 44. | Augustana College | November 24 & 25 - Sioux Falls, South Dakota<br>Visit campus, meeting faculty and students, give remarks as the Boe Forum speaker<br>(Transportation, lodging and meals for self) |

| | | |
|---|---|---|
| 45. | Foundation for the Future and the Arab Center for the Development of the Rule of Law | November 29 - December 6 - Amman, Jordan Participate in Board Meetings for the Foundation for the Future; Participate in conference and panel discussions for the Arab Center for the Development of the Rule of Law (Transportation, lodging and meals for self) |
| 46. | Keio University fund by donations by its alumni and other private citizens | December 6 - December 14 - Tokyo, Japan Lectures, visit with students and faculty, receive honorary degree, visit with members of the courts and delegates of the Foreign Ministry (Transportation, lodging and meals for self) |

# FINANCIAL DISCLOSURE STATEMENT
## FOOTNOTES

(1)     ███████ was a partner in the Bryan Cave law firm.  The indicated value of this entry is the value of a pension plan administered by The Vanguard Group.

(2)     ███████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P. C. (now Fennemore Craig, P. C.) until December 31, 1981.  The indicated value for this entry is the value of his interest in the firm's pension plan administered by Charles Schwab Trust Company.

(3)     Matsushita Electric changed its name to Panasonic in order to unify its corporate brands.